# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1960SI

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Brian A. Woods, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  December 7, 1998
Filed:  December 10, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Brian A. Woods's appeal has been submitted on the briefs.  Having considered the record and the parties' arguments, we affirm Woods's drug-related conviction.  The court will not consider Woods's ineffective assistance of counsel claims on direct appeal.  These claims are best presented on motion under 28 U.S.C. § 2255.  See United States v. Beers, 76 F.3d 204, 206 (8th Cir. 1996) (per curiam).  We affirm the district court without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.